Chief Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WAYNE RICHARD DUBOIS,<br><br>    Defendant. | No. CR22-007-RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA |

THE COURT has considered the unopposed motion to proceed forward with a guilty plea hearing via videoconference and finds that:

    (a) Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." A plea hearing in this case cannot be delayed without serious harm to the interests of justice; and

    (b) Mr. Dubois would like to take responsibility in this matter and resolve it in a timely fashion; and

    (c) the government wishes for Mr. Dubois to accept responsibility for his offense conduct without further delay; and

*ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA - 1*
*[USA v. Dubois, CR22-007-RSM]*

**Allen, Hansen, Maybrown**
**& Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington  98101
(206) 447-9681

(d) proceeding by video conference will facilitate bringing this matter to a final conclusion, allow the parties and the Court to effectively allocate judicial resources, and serves the ends of justice; and

(e) a videoconference guilty plea hearing would avoid further delays in the ultimate sentencing in this case, which would cause "serious harm to the interests of justice." See General Order No. 04-20 (3/30/20).

IT IS THEREFORE ORDERED that this matter should be set for a guilty plea hearing via videoconference at the earliest practicable date.

DONE this 31st day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Cooper Offenbecher*

ORDER GRANTING UNOPPOSED MOTION
TO PROCEED WITH GUILTY PLEA - 2
[USA v. Dubois, CR22-007-RSM]

**Allen, Hansen, Maybrown & Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681