Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>WAYNE RICHARD DUBOIS,<br><br>  Defendant. | NO. CR22-007-RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL APPENDIX C TO DEFENDANT'S SENTENCING MEMORANDUM |

This matter came before the Court on the motion of the Defendant for an order sealing Appendix C to Defendant's Sentencing Memorandum. The foregoing document contains private and sensitive information, including personal health information. Accordingly, the document should be secured from public access until further order by the Court.

IT IS HEREBY ORDERED that the motion is GRANTED.

Dated this 29th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Cooper Offenbecher*
Cooper Offenbecher
Attorney for Defendant Wayne R. Dubois
Allen, Hansen, Maybrown & Offenbecher, P.S.

ORDER GRANTING MOTION TO SEAL – 1
[United States v. Dubois, CR22-007-RSM]

Allen, Hansen, Maybrown
& Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681