UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WAYNE RICHARD DUBOIS,<br><br>　　　　　　Defendant. | Case No. CR22-007RSM<br><br>ORDER ON EMERGENCY MOTION FOR TEMPORARY RELEASE |

The Court has reviewed Defendant's Emergency Motion for Temporary Release filed in this matter, along the Government's response. While the Court is sympathetic to Mr. DuBois on the death of his father, the Court can not authorize his release, as that authority rests solely with the Bureau of Prisons.

Defendant's motion is DENIED.

DATED this 9th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1